```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUNIQUE AGOSTINI, on behalf of herself and                             :
all others similarly situated,                                         :
                                                                       :
                           Plaintiff,                                  :    24 Civ. 5019 (JPC)
                                                                       :
         -v-                                                           :          ORDER
                                                                       :
PETAL & PUP USA, INC.,                                                 :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 18, 2024, Defendant executed a waiver of service of summons. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore September 16, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 3, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by October 10, 2024.

SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                  _____
                                                           JOHN P. CRONAN
                                                       United States District Judge