```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUNIQUE AGOSTINI, on behalf of herself and                             :
all others similarly situated,                                         :
                                                                       :
                              Plaintiff,                               :     24 Civ. 5019 (JPC)
                                                                       :
               -v-                                                     :     ORDER
                                                                       :
PETAL & PUP USA, INC.,                                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed the Complaint on July 2, 2024.  Dkt. 1.  On September 19, 2024, the Court ordered Plaintiff to seek a certificate of default by October 10, 2024, in the event that Defendant failed to respond to the Complaint by October 3, 2024.  Dkt. 7.  To date, Defendant has not appeared in the action or responded to the Complaint, nor has Plaintiff sought a certificate of default.

    Accordingly, it is hereby ordered that Plaintiff shall inform the Court by October 29, 2024, whether she intends to proceed with this case.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

JOHN P. CRONAN
United States District Judge